IN THE CIRCUIT COURT OF THE THIRTEENTH CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA,
CIVIL DIVISION

WILLIAM ARNOLD,

    Plaintiff,

-vs-                                                CASE NO.:

CHARTER COMMUNICATIONS, INC.,

    Defendant.
_____/

## **COMPLAINT**

    COMES NOW the Plaintiff, WILLIAM ARNOLD, by and through his undersigned attorneys, and sues Defendant, CHARTER COMMUNICATIONS, INC., and alleges:

    1.    This is an action for damages that exceeds the sum of thirty thousand dollars ($30,000.00), exclusive of costs, interest and attorneys' fees (the estimated value of Plaintiff's claim(s) is/are in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" or mroe in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim(s) will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

    2.    At all times material hereto Defendant, WILLIAM ARNOLD, was a natural person residing in Hillsborough County, Florida.

3. The Defendant, CHARTER COMMUNICATIONS, INC. (hereinafter "CHARTER") is a corporation authorized to do business in the State of Florida, engaged in the business of telecommunications.

4. On or about January 31, 2020, Defendant, CHARTER, owned a motor vehicle that was operated by an unknown employee at or near the intersection of U.S. Hwy 92 & Falkenburg Road in Tampa, Hillsborough County, Florida.

5. At all times material, the unknown employee of Defendant, CHARTER, owed a duty to other motorists, including Plaintiff, WILLIAM ARNOLD, to operate his vehicle in a safe manner, maintain a proper lookout, maintain control of the motor vehicle, and obey all traffic regulations and rules of the road.

6. At that time and place Defendant, CHARTER's unknown employee negligently operated or maintained the motor vehicle so that it collided with Plaintiff, WILLIAM ARNOLD's, motor vehicle.

7. That the Defendant, CHARTER, a corporation, gave consent and gave permission to their employee, while working within the course and scope of his/her employment, to operate their motor vehicle.

8. As the employer of the unknown employee, the Defendant, CHARTER, is vicariously liable for the negligence of its employee.

9. As the owner of the vehicle, Defendant, CHARTER, is vicariously liable for the negligence of the permissive user/operator of its vehicle under Florida's Dangerous Instrumentality law.

10. As a direct and proximate result of the unknown employee's negligence, the Plaintiff, WILLIAM ARNOLD, suffered bodily injury including a permanent injury to the body

as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE the Plaintiff, WILLIAM ARNOLD, demands judgment for damages, fees, costs, prejudgment interest, and any other relief this Court deems appropriate against the Defendant, CHARTER COMMUNICATIONS, INC. in an amount in excess of thirty thousand dollars ($30,000.00), exclusive of interest, costs and attorneys' fees, and requests a trial by jury of all issues triable as of right by a jury.

DATED this 19th day of January, 2021.

/s/ Shaughn C. Hill
Shaughn C. Hill, Esquire
Morgan & Morgan Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
shill@forthepeople.com
schpleadings@forthepeople.com
jcasselton@forthepeople.com
ptrunick@forthepeople.com
Florida Bar #: 0105998
*Attorney for Plaintiff*